Demetria G. Stavropoulos, defendant in error, v. Harolambos Stavropoulos, alias Charles Stavropoulos, plaintiff in error. Gen. No. 28,713.

Action for money had and received. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. J. C. Eagleton, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed and cause remanded. Opinion filed October 30, 1924.

Jacob Levy, for plaintiff in error. B. M. Shaffner, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

Mary Brown et al., plaintiffs in error, v. Charles Stauss, sued as Charles Strauss, and Hans Jorgensen, defendants in error. Gen. No. 28,750.

Action for damages under Dram Shop Act. Order denying motion to correct record and judgment. Error to the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed and remanded with directions. Opinion filed October 30, 1924.

William C. Dunn and Samuel W. Norton, for plaintiffs in error. Edward Sager, for defendants in error.

Mr. Justice Thomson delivered the opinion of the court.

---

G. C. Buxton, appellee, v. R. C. Cook, trading as R. C. Cook Company, appellant. Gen. No. 28,806.

Action upon breach of contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Homer Barney, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed October 30, 1924.

William A. Jennings, for appellant. Mack, Koepke, Lowes & Leopold, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Grossman Shoe Company, appellee, v. Security Trust & Deposit Company, appellant. Gen. No. 28,813.

Action for damages for loss by negligence of safety deposit company. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed October 30, 1924. Rehearing denied November 12, 1924.

Warren B. Wilson and W. W. Witty, for appellant. Leo S. LeBosky, for appellee; Newman A. DuMont, of counsel.

Mr. Justice Thomson delivered the opinion of the court.